638 A.2d 128

IN THE MATTER OF ALAN H. MARLOWE,
AN ATTORNEY AT LAW.

February 1, 1994.

## ORDER

. This matter having been duly presented to the Court on the motion of **ALAN H. MARLOWE,** for the termination of the proctorship ordered by this Court on December 12, 1991, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing; .

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of December 12, 1991, is granted.